February 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

EX PARTE GLENFORD ROBERT MCCALLUM

NO. 14-12-01108-CR

————————————————————

      This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion.

      We further order appellant pay all costs expended in the appeal.

      We further order this decision certified below for observance.